3:26cv1642PJC

# ADDENDUM TO ENHANCED COURT-LEVEL COMPLAINT

The following allegations are added to the existing Complaint and Jury Demand and supplement the previously filed allegations. 33. Prior to the events described in the Complaint, Plaintiff had been employed by Defendant for approximately nine years and regularly worked substantial overtime, commonly working approximately forty-eight hours per week. 34. Plaintiff was progressing toward advancement opportunities within the company, including a floater or next-level position that would have increased Plaintiff's hourly compensation to approximately $29-$30 per hour, with potential advancement beyond that level. 35. Plaintiff's employment history and advancement trajectory were consistent with an employee expected to continue developing within the company. 36. Defendant has asserted that Plaintiff's termination was based upon performance-related issues, including a machine overflow incident. 37. Plaintiff alleges that the machinery involved was aging equipment that had been in service for many years and was subject to recurring maintenance and operational issues. 38. Plaintiff is aware of current and former employees who operated the same machinery and possess knowledge regarding recurring machine problems, overflow conditions, maintenance history, and operational limitations. 39. Plaintiff alleges that machine maintenance records, operator logs, mechanic reports, and related business records may demonstrate recurring breakdowns, operational interruptions, and conditions not solely attributable to any individual operator. 40. Plaintiff further alleges that witnesses familiar with the machine's operation may provide testimony regarding overflow causes, maintenance concerns, and the frequency of similar incidents. 41. Plaintiff contends that evidence concerning machine conditions, maintenance history, and the treatment of other operators is relevant to Defendant's stated reason for termination and supports Plaintiff's allegation that the asserted performance justification was pretextual. 42. Plaintiff continues to suffer economic damages, including lost wages, lost earning capacity, and loss of advancement opportunities, in addition to the damages previously alleged in the Complaint.