AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Middle District of Pennsylvania

Ashley A. Monaco
_Plaintiff(s)_

v.

Barry Callebaut U.S.A. LLC
_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:26-CV-1642 PJC

**FILED**
**SCRANTON**

JUN 15 2026

PER_____
**DEPUTY CLERK**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Barry Callebaut U.S.A LLC
9 Keystone Industrial Park
Scranton, Pa 18512

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ashley A. Monaco
153 E Columbus Ave.
Pittston, Pa 18640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_