Generated: Jun 15, 2026 11:55AM



# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Jun 15, 2026 11:55AM

Ashley Norgan
153 E. Columbus Ave.
Pittston, PA 18640

| Rcpt. No: 333120366 | Trans. Date: Jun 15, 2026 11:55AM | | | Cashier ID: #KR (7398) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | DPAM326CV001642<br>dpam326cv1642<br>**FBO**: Ashley Norgan | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.